1  Jason K. Singleton, State Bar #166170
   SINGLETON LAW GROUP
2  611 "L" Street, Suite A
   Eureka, CA 95501
3
   (707) 441-1177
4  FAX 441-1533

5  Attorney for Plaintiff, JEAN RIKER

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | JEAN RIKER,                          ) Case No. CIV.S-04-2017 GEB GGH
                                          )
11 |        Plaintiff,                    ) STIPULATION FOR EXTENSION OF EXPERT
                                          ) DISCLOSURES AND ORDER
12 | v.                                   )
                                          )
13 | BROADWAY VALERO, GAWFCO              )
   | ENTERPRISES, INC., a California      )
14 | corporation, UNION OIL COMPANY OF    )
   | CALIFORNIA, a California corporation,)
15 | MOHAMMED N. AHMADI, NADER            )
   | AHMADI, and NAZEM AHMADI, and        )
16 | DOES ONE through FIFTY, inclusive,   )
                                          )
17                                        )
   |        Defendants.                   )
18

19       Comes now counsel for Plaintiff, Jason K. Singleton, counsel for Defendant UNION OIL,
20 Michael H. Artinian, and Counsel for GAWFCO, dba Broadway Valero, and MOHAMMED N.
21 AHMADI, NADER AHMADI, and NAZEM AHMADI, Elizabeth J. Ferrall, and do hereby
22 stipulate as follows:

23       1.    Due to the reconstruction of the premises being made by Defendants GAWFCO,
24 dba Broadway Valero, and MOHAMMED N. AHMADI, NADER AHMADI, and NAZEM
25 AHMADI, and at the request of Defendants, Plaintiff has not rescheduled the formal site
26 inspection previously noticed and Plaintiff's expert has not done an in depth survey of the
27 premises.

28       2.    Pursuant to the scheduling order made by the Court, Expert Disclosures and

STIPULATION RE DISCOVERY                   1                           CIV.S-04-2017 GEB GGH

1  Declarations are to be made on October 7, 2005. Discovery is scheduled to close on March 8,
2  2006.

3      3.    It is stipulated between the parties that Expert Disclosures shall be extended for
4  a period of forty (40) days, to wit: November 16, 2005 with Rebuttals due on December 16,
5  2005.

6      4.    It is further stipulated that Defendants waive thirty (30) day notice of the
7  inspection and counsel will confer to reach a mutually convenient date and time for such
8  inspection to be held no later that October 26, 2005.

**SINGLETON LAW GROUP**

Dated: September 15, 2005

/s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**JEAN RIKER**

**SPECTER & WILLOUGHBY, LLP**

Dated: September 21, 2005

/s/ Michael H. Artinian
Michael H. Artinian, Attorneys for Defendant
**UNION OIL COMPANY OF CALIFORNIA**

**FOREMAN & BRASSO**

Dated: September 15, 2005

/s/ Ronald D. Foreman
Elizabeth J. Ferrall, Attorneys for Defendant
**GAWFCO ENTERPRISES, INC., MOHAMMED N. AHMADI, NADER AHMADI, and NAZEM AHMADI**

ORDER

IT IS SO ORDERED.

Dated: 9-22-05

GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE