Jason K. Singleton, State Bar #166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JEAN RIKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | Case No. CIV.S-04-2017 GEB GGH |
| Plaintiff, | STIPULATION FOR EXTENSION OF EXPERT DISCLOSURES AND ORDER |
| v. | |
| BROADWAY VALERO, GAWFCO ENTERPRISES, INC., a California corporation, UNION OIL COMPANY OF CALIFORNIA, a California corporation, MOHAMMED N. AHMADI, NADER AHMADI, and NAZEM AHMADI, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Comes now counsel for Plaintiff, Jason K. Singleton, counsel for Defendant UNION OIL, Michael H. Artinian, and Counsel for GAWFCO, dba Broadway Valero, and MOHAMMED N. AHMADI, NADER AHMADI, and NAZEM AHMADI, Elizabeth J. Ferrall, and do hereby stipulate as follows:

1. Due to the reconstruction of the premises being made by Defendants GAWFCO, dba Broadway Valero, and MOHAMMED N. AHMADI, NADER AHMADI, and NAZEM AHMADI, and at the request of Defendants, Plaintiff has not rescheduled the formal site inspection previously noticed and Plaintiff's expert has not done an in depth survey of the premises.

2. Pursuant to the scheduling order made by the Court, Expert Disclosures and

1  Declarations are to be made on October 7, 2005. Discovery is scheduled to close on March 8,
2  2006.
3      3.    It is stipulated between the parties that Expert Disclosures shall be extended for
4  a period of forty (40) days, to wit: November 16, 2005 with Rebuttals due on December 16,
5  2005.
6      4.    It is further stipulated that Defendants waive thirty (30) day notice of the
7  inspection and counsel will confer to reach a mutually convenient date and time for such
8  inspection to be held no later that October 26, 2005.

**SINGLETON LAW GROUP**

Dated: September 15, 2005

Jason K. Singleton, Attorney for Plaintiff,
**JEAN RIKER**

**SPECTER & WILLOUGHBY, LLP**

Dated: September 21, 2005

/s/ Michael H. Artinian
Michael H. Artinian, Attorneys for Defendant
**UNION OIL COMPANY OF CALIFORNIA**

**FOREMAN & BRASSO**

Dated: September 15, 2005

/s/ Ronald D. Foreman
Elizabeth J. Ferrall, Attorneys for Defendant
**GAWFCO ENTERPRISES, INC., MOHAMMED N. AHMADI, NADER AHMADI, and NAZEM AHMADI**

ORDER

IT IS SO ORDERED.

Dated: 9-22-05

GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE