1  JASON K. SINGLETON, SBN #166170
   SINGLETON LAW GROUP
2  611 "L" Street, Suite A
   Eureka, CA 95501
3  Telephone: (707) 441-1177
   Facsimile:  (707) 441-1533
4  lawgroup@sbcglobal.net

5  Attorneys for Plaintiff, JEAN RIKER

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 JEAN RIKER,                          )   CASE NO. CIV.S-04-2017 GEB GGH
                                        )
11      Plaintiff,                      )   STIPULATION OF DISMISSAL OF
   v.                                   )   COMPLAINT, WITHOUT PREJUDICE. OF
12                                      )   UNION OIL COMPANY OF CALIFORNIA
   BROADWAY VALERO, GAWFCO              )   ONLY; AND STIPULATION OF
13 ENTERPRISES, INC., a California      )   DISMISSAL OF CROSS-
   corporation, UNION OIL COMPANY       )   CLAIM/IMPLEADER, WITHOUT
14 OF CALIFORNIA, a California          )   PREJUDICE
   corporation, MOHAMMED N. AHMADI,)
15 NADER AHMADI, NAZEM AHMADI,          )
   and DOES ONE to FIFTY, inclusive,    )
16                                      )
        Defendants                      )
17

23      Comes now counsel for Plaintiff, Jason K. Singleton, counsel for Defendant and

24 Cross-Claimant UNION OIL COMPANY OF CALIFORNIA, Michael H. Artinian, and

25 Counsel for GAWFCO, dba Broadway Valero, MOHAMMED N. AHMADI, NADER

26 AHMADI, and NAZEM AHMADI, and do hereby stipulate as follows:

STIPULATION OF DISMISSAL                                    CIV.S-04-2017 GEB GGH

1. The Parties have agreed to the dismissal of the above-captioned Complaint without prejudice as to Defendant UNION OIL COMPANY OF CALIFORNIA; Plaintiff and Defendant UNION OIL COMPANY OF CALIFORNIA to bear their own attorneys' fees and costs.

2. The parties have further agreed to the dismissal of Cross-Claimant's Cross-Complaint and Impleader without prejudice as to Cross-Defendants GAWFCO, MOHAMMED N. AHMADI, NADER AHMADI, and NAZEM AHMADI. Cross-Claimant reserves its rights to seek reimbursement of its costs and fees.

3. Accordingly, the Parties jointly request the Court to dismiss the Complaint and Cross-Claim without prejudice, as set forth above.

**SINGLETON LAW GROUP**

Dated: October ___, 2005   _____/s/_____
Jason K. Singleton, Attorney for Plaintiff,
**JEAN RIKER**


**SPECTER & WILLOUGHBY, LLP**

Dated: October ___, 2005   _____/s/_____
Michael H. Artinian, Attorneys for Defendant and Cross-Claimant
**UNION OIL COMPANY OF CALIFORNIA**

**FOREMAN & BRASSO**

Dated: October __, 2005        /s/
                               Ronald Foreman, Attorneys for Defendants
                               and Cross-Defendants
                               **GAWFCO ENTERPRISES, INC.,
                               MOHAMMED N. AHMADI, NADER AHMADI
                               and NAZEM AHMADI**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having considered the parties' foregoing Stipulation of Dismissal without Prejudice, and for good cause appearing, it is hereby ORDERED:

1. The action <u>RIKER v BROADWAY VALERO</u>, *et al.*, Case Number CIV.S-04-2017 GEB GGH, is dismissed without prejudice as to UNION OIL COMPANY OF CALIFORNIA ONLY, with each party to bear their own attorney's fees and costs.

2. The Cross-Claim/Impleader of UNION OIL COMPANY OF CALIFORNIA is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 24, 2005

                               /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
                               United States District Judge